AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Polster, Dan A. | U.S. Dist. Ct., ND Ohio | 07/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge--Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Judge
18B Carl B. Stokes U.S. Court
Cleveland, Ohio 44113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lifetime Trustee | Agnon School |
| 2. | Lifetime Trustee | Siegal College of Jewish Studies |
| 3. | Trustee | Jewish Education Center of Cleveland |
| 4. | Trustee | Jewish Federation of Cleveland |
| 5. | Trustee | Bellefaire Jewish Children's Bureau |
| 6. | Trustee | ____ trust |
| 7. | Board of Directors | Federal Bar Assn (Cleveland chapter) |
| 8. | Board of Directors | Mt. Sinai Health Care Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | U.S. Civil Service Retirement System (CSRS) vested pension for Dept. of Justice service (1976-1998); to be paid upon retirement from judicial service |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 07/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Park Synagogue (Stipend for teaching 10th grade Confirmation class) | $3,500.00 |
| 2. 2012 | Cleveland-Marshal College of Law (taught class on mediation) | $2,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Hahn, Loeser & Parks (law firm) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | October 27-29 | New York, N.Y. | Participate in CLE | Airfare, busfare: conference cancelled due to Hurricane Sandy |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 07/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Money Market Funds (MLynch) | A | Interest | J | T | | | | | |
| 2. BB&T Corp | A | Dividend | J | T | Buy | 12/13/12 | J | | |
| 3. Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 4. Baron Growth Fd | A | Dividend | J | T | | | | | |
| 5. GNM____ bonds | B | Dividend | J | T | | | | | |
| 6. Templeton Global Bd Fd | A | Dividend | K | T | | | | | |
| 7. Lord Abbett Value Fd | A | Dividend | J | T | Sold | 10/11/12 | J | A | |
| 8. Mainstay Large Cap Fd | A | Dividend | K | T | | | | | |
| 9. NFJ Div Int Prem Strat Fd | A | Dividend | J | T | | | | | |
| 10. Amer.Funds Wash Fd | A | Dividend | J | T | | | | | |
| 11. Delaware Corp Bd Fd | A | Dividend | K | T | Buy (add'l) | 10/11/12 | K | | |
| 12. Eaton Vance Tax-Ad Gl Div Fd | A | Dividend | K | T | | | | | |
| 13. BNY Capital V Pref. | A | Dividend | J | T | Sold | 11/26/12 | J | A | |
| 14. USB Capital VIII Trust Pfd | A | Dividend | J | T | Sold | 11/26/12 | J | A | |
| 15. Cohen & Steers Pref | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 16. | | | | | | | | | |
| 17. Dreyfus Prem. Mun. Bd Fund | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Liberty Acorn Tr Fd | A | Dividend | K | T | | | | | |
| 19. Chevron/Texaco | A | Dividend | K | T | | | | | |
| 20. Hamilton County Sewer Bonds | A | Dividend | J | T | | | | | |
| 21. DWS High Inc. Trust (formerly Kemper High Inc. Trust | A | Dividend | J | T | | | | | |
| 22. Intel | A | Dividend | J | T | | | | | |
| 23. Goldman Sachs Money Mkt | A | Dividend | K | T | | | | | |
| 24. Costco Wholesale Corp | A | Dividend | J | T | | | | | |
| 25. Vanguard Mid-Cap Fd | A | Dividend | J | T | | | | | |
| 26. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 27. Mylan, Inc. | A | Dividend | J | T | Buy | 11/15/12 | J | | |
| 28. Deere & Co. | A | Dividend | K | T | | | | | |
| 29. FedEx Corp. | A | Dividend | K | T | | | | | |
| 30. Barrick Gold Corp | A | Dividend | J | T | Sold | 11/15/12 | J | A | |
| 31. Kinder Morgan Energy Partners | A | Dividend | K | T | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Tenneco common | A | Dividend | J | T | | | | | |
| 37. Embarq (spinoff) | A | Dividend | J | T | | | | | |
| 38. Windstream (spinoff) | A | Dividend | J | T | | | | | |
| 39. Transistor Devices common | A | Dividend | L | W | | | | | |
| 40. Transistor Devices common | A | Dividend | L | W | | | | | |
| 41. Nomura Partners Japan Fund Class S | A | Dividend | J | T | | | | | |
| 42. Unicom (formerly Comm. Ed. Preferred) | A | Dividend | J | T | | | | | |
| 43. Roulston Growth Fd | A | Dividend | J | T | | | | | |
| 44. PNC Bank (formerly National City)--check | A | Interest | J | T | | | | | |
| 45. PNC Bank-check | A | Interest | J | T | | | | | |
| 46. PNC Bank--CD | A | Interest | J | T | | | | | |
| 47. PNC Bank--CD | A | Interest | J | T | | | | | |
| 48. Ohio Savings - savings | A | Interest | J | T | | | | | |
| 49. IRA-Ohio Savings Bank (Amcap Class A Fd) | B | Dividend | K | T | | | | | |
| 50. IRA-Ohio Savings Bank (CD) | B | Interest | K | T | | | | | |
| 51. IRA-Prudential Equity Fund | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA-Prudential Equity Fd. | C | Dividend | K | T | | | | | |
| 53. 401(K)- ___ law firm (ABA Ret. Fd) | A | Dividend | N | T | | | | | |
| 54. HR 10- ___ slawfirm (ABA Ret. Fd) managed | A | Dividend | N | T | | | | | |
| 55. Mentor Property,LLC | A | Distribution | K | R | Buy | 12/20/12 | K | | |
| 56. | | | | | | | | | |
| 57. Money Market (MLynch) | A | Interest | J | T | | | | | |
| 58. Transistor Devices common | A | Dividend | L | W | | | | | |
| 59. American Funds Wash. | A | Dividend | J | T | | | | | |
| 60. American Gr. Fd of America | A | Dividend | J | T | | | | | |
| 61. Cohen & Steers REIT | A | Dividend | J | T | | | | | |
| 62. Cohen & Steers Pref | A | Dividend | J | T | Buy | 10/11/12 | J | | |
| 63. Eaton Vance Inc. Fd | A | Dividend | J | T | Buy (add'l) | 10/11/12 | J | | |
| 64. Templeton Global Bd Fd | A | Dividend | J | T | Buy (add'l) | 10/11/12 | J | | |
| 65. Lord Abbett Value Fd | A | Dividend | K | T | Sold | 10/11/12 | J | A | |
| 66. Oakmark Intl Fd | A | Dividend | J | T | | | | | |
| 67. Ford common | A | Dividend | K | T | | | | | |
| 68. Vistcon (Ford spinoff) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Citigroup (acq. Ford spinoff) | A | Dividend | J | T | | | | | |
| 70. Unicom (form. Comm. Ed) | A | Dividend | J | T | | | | | |
| 71. Warburg Pincus Growth | A | Dividend | J | T | | | | | |
| 72. PNC Bank (savings) | A | Interest | J | T | | | | | |
| 73. | | | | | | | | | |
| 74. Trust** (lines 74-132) | E | Int./Div. | P1 | T | | | | | |
| 75. --State of Israel Bond | | | | | | | | | |
| 76. --Tenneco common | | | | | | | | | |
| 77. --JPMorgan Chase | | | | | | | | | |
| 78. --Sprint Corp | | | | | | | | | |
| 79. --M.Lynch Money Market | | | | | | | | | |
| 80. -- Israel Preferred | | | | | | | | | |
| 81. --. Dev. Bank of Israel Pref. | | | | | | | | | |
| 82. -- Amer.Fds New Persp Fd | | | | | | | | | |
| 83. --American Washington Mut Fd | | | | | Sold (part) | 09/24/12 | J | A | |
| 84. -- Oakmark Intl Fund | | | | | Sold (part) | 09/24/12 | J | A | |
| 85. --Baron Growth Fd | | | | | Sold (part) | 09/24/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --US GNM Bonds | | | | | | | | | |
| 87. --Templeton Global Bond Fd | | | | | | | | | |
| 88. --Pimco Total Ret Fd | | | | | | | | | |
| 89. --Eaton Vance Tax-Ad Fd | | | | | | | | | |
| 90. --Lord Abbett Value Fd | | | | | Sold | 09/24/12 | J | A | |
| 91. Delaware Corp. Bd Fd | | | | | | | | | |
| 92. Mainstay Large Cap Gr Fd | | | | | Sold (part) | 05/29/12 | K | B | |
| 93. Cohen & Steers Pref | | | | | Buy | 05/29/12 | K | | |
| 94. BB & T Corp | | | | | Buy | 09/24/12 | K | | |
| 95. | | | | | | | | | |
| 96. --Money Market (Janney Adv) | | | | | | | | | |
| 97. --Enbridge Energy Mgt. LLC | | | | | Sold (part) | 05/16/12 | K | D | |
| 98. --Trailer Bridge Inc. | | | | | | | | | |
| 99. --Cogdell Spencer Inc. | | | | | Sold | 04/03/12 | J | A | |
| 100. Nicholas Financial Inc. | | | | | Sold | 02/01/11 | K | D | |
| 101. --Bolt Technologies | | | | | Sold (part) | 08/29/12 | K | D | |
| 102. --Culp Inc. | | | | | Sold (part) | 11/28/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Durect Corp. | | | | | Buy (add'l) | 03/08/12 | J | | |
| 104. Hersha Hospitality Tr | | | | | Buy | 10/26/11 | K | | |
| 105. Stratus Properties Inc | | | | | Buy | 01/20/11 | K | | |
| 106. GT Advanced Techs Inc | | | | | Buy | 05/16/12 | K | | |
| 107. GT Advanced Techs Inc | | | | | Buy (add'l) | 08/30/12 | K | | |
| 108. Nautilus, Inc. | | | | | Buy | 11/29/12 | K | | |
| 109. | | | | | | | | | |
| 110. --Money Market (Wells Fargo) | | | | | | | | | |
| 111. --Laclede Gas common | | | | | Sold (part) | 11/15/12 | K | E | |
| 112. Mylan, Inc. | | | | | Buy | 11/15/12 | K | | |
| 113. --Nuveen Ohio Munic. Fd | | | | | | | | | |
| 114. --Eaton Vance Tax Managed Gr. Fd (formerly E.V. Marath) | | | | | | | | | |
| 115. --Cedar Fair | | | | | | | | | |
| 116. --American Express Co. | | | | | | | | | |
| 117. --Chevron/Texaco | | | | | | | | | |
| 118. --XTO Energy (now Exxon Mobil after 2010 merger) | | | | | | | | | |
| 119. --Enterprise Products | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --Franklin, Ohio Munic. Bond | | | | | | | | | |
| 121.  --Hewlett-Packard | | | | | Sold | 11/15/12 | J | A | |
| 122.  --Caterpillar Inc | | | | | | | | | |
| 123.  --IBM Corp. | | | | | | | | | |
| 124.  --Emerson Electric Co. | | | | | | | | | |
| 125.  --Costco Wholesale Corp | | | | | | | | | |
| 126.  Continental Resources Inc. | | | | | Buy | 12/01/11 | K | | |
| 127.  Hospitality Properties Reit Trust | | | | | Buy | 11/01/11 | K | | |
| 128.  Kinder Morgan Energy Partners LP | | | | | Buy | 11/30/11 | K | | |
| 129.  Barrick Gold Corp | | | | | Sold | 11/15/12 | K | A | |
| 130.  --Vanguard Mid-Cap Fd | | | | | | | | | |
| 131.  --Cuyahoga Cty Cap Impt Bond | | | | | | | | | |
| 132.  --Embarq. (spinoff) | | | | | | | | | |
| 133.  --Windstream (spinoff) | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 07/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 07/30/2013 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII (Investments and Trusts), lines 62 and 63:  These are [        ] 401(K) and HR 10 accounts, maintained through [    ] law firm.  They are both professionally managed by ABA Retirement Funds.  [        ] determines an allocation among generic funds (e.g. bond, large-cap, small-cap).  [    ] has no knowledge or control of the selection of the specific funds themselves.

Part VII (Investments and Trusts), line 97.  This company, Nicholas Financial Inc., went into bankruptcy reorganization.

Part VII (Investments and Trusts), line 99.   I had listed this security, Trailer Bridge Inc., as a partial sale in 2011.  In fact, the Trust  completely sold it.

Part I
 9.  Board of Directors                    Global Cleveland

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 07/30/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dan A. Polster**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544